James B. Clow & Sons, Inc., and Gretna Material Sales Co., Plaintiffs-Appellants, v. Chesterfield Sewer & Water, Inc., a Corporation and Inland Investment Corporation, et al., Defendants-Appellees.

Gen. No. 11,634.

Second District, Second Division.

February 19, 1963.

Jack M. Siegel, Frisch & Fox, and Richard F. Moone, all of Chicago, for appellants; Brown, Fox & Blumberg, of Chicago

(Nathan S. Blumberg and Thane T. Swartz, of counsel), for Inland Investment Corporation, Richard H. Bamford and Mary E. Bamford, defendants, counterclaimants and appellees. Opinion by JUDGE CROW. Not to be published in full.